No. 992. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.

June 3, 1940. The motion to dispense with the further printing of the record is granted, and the petition is deemed properly filed in accordance with Rule 38. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Solicitor General Biddle* and *Messrs. Claude E. Hamilton, Jr., Charles M. McCarty, J. M. Richardson Lyeth,* and *Emery H. Sykes* for petitioners. *Mr. Percival E. Jackson* for Prudence Securities Advisory Group et al.; *Mr. Mark Hyman* for Metz Committee et al.; and *Mr. Grosvenor M. Calkins, pro se,*—respondents.